UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                              :
                                                                :      Case No. 2:18-cv-07158-DRH-SIL
                                                                :
                           vs.                                  :
                                                                :
JOHN DOE subscriber assigned IP address                         :
108.41.83.183,                                                  :
                                                                :
                           Defendant.                           :
----------------------------------------------------------------X

# PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP Address 108.41.83.183. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 16, 2019

                                                              Respectfully Submitted,

                                    By:   /s/ *Kevin T. Conway*
                                               Kevin T. Conway (KC-3347)
                                               80 Red Schoolhouse Road, Suite 110
                                               Spring Valley, NY 10977
                                               T: (845) 352-0206
                                               F: (845) 352-0481
                                               Email: ktcmalibu@gmail.com
                                               *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.


                                                By: /s/ Kevin T. Conway, Esq.
                                                Kevin T. Conway, Esq.